**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

_____

No. 01-40776
_____

GLORIA STEPHENS,

Plaintiff-Appellant,

versus

DENTON INDEPENDENT SCHOOL DISTRICT; MARK BAKER;
JULIA CHRISTMAN; CARL STOCKER; NANCY STOCKER;
RICK WOOLFOLK; TIMOTHY S MORRISSY,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Texas
USDC No. 4:99-CV-208

May 14, 2002

Before DAVIS, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. See 5th Cir. Loc. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.